UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LISA SHEPHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-01396-JMS-DML |
| | ) |
| PRINCE-PARKER ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## Order Directing Filing of Documents Authorizing Dismissal

The court has been advised by counsel that a settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the plaintiff shall file a motion to dismiss this cause and submit an order for the court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted if requested in writing before expiration of this period.

So ORDERED.

Date: 02/11/2011

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jason Michael Kuzniar
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Jason.Kuzniar@wilsonelser.com

David J. Philipps
PHILIPPS & PHILIPPS LTD
davephilipps@aol.com

Mary E. Philipps
PHILIPPS & PHILIPPS, LTD
mephilipps@aol.com