IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Lisa Shepherd, | ) |
|     Plaintiff, | ) |
| v. | ) No.  1:10-cv-1396-JMS-DML |
| Prince-Parker Associates, Inc., a North Carolina corporation, | ) |
|     Defendant. | ) |

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated: February 25, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jason M. Kuzniar                                              jason.kuzniar@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman
    & Dicker, LLP
55 West Monroe Street
Suite 3800
Chicago, Illinois 60603

Northland Group, Inc.
c/o CT Corporation System, as registered agent
36 S. Pennsylvania Street
Suite 700
Indianapolis, Indiana 46204


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com