IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Lisa Shepherd, | ) | Dismissal acknowledged. 2-28-11 |
| | ) | JMS, DJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:10-cv-1396-JMS-DML |
| | ) | |
| Prince-Parker Associates, Inc., a | ) | |
| North Carolina corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated: February 25, 2011

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1